


CLOSED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | |
| v. | **JUDGMENT IN A CRIMINAL CASE** (For Offenses Committed on or After November 1, 1987) |
| **Oscar Rascon-Vega** | No. 07-10527-001M-SD |
| Citizen of Mexico | Juan Rocha (AFPD) Attorney for Defendant |
| USM#: 19435-008    DOB: 1964 | ICE#: A24 938 838 |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 8/13/2007 to Count THREE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count THREE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIX (6) MONTHS on Count THREE, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted    **FINE:** $    **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count THREE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

07-10527-001M-SD  
USA vs. Oscar Rascon-Vega

Page 2 of 2

Date of Imposition of Sentence: **Monday, August 13, 2007**

_____ Date 8/13/2007 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows: _____ FCI - II Victorville

Defendant delivered on _9.19.2007_ to _FCC VICTORVILLE_ at _P.O. Box 5800_, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal Adelanto, CA 92301

TERESER A. BANKS, WARDEN By: _J.R. Araujo, L'O_
~~United States Marshal~~                    (Deputy Marshal)  FBOP
07-10527-001M-SD -

CERTIFIED TO BE A TRUE COPY  
DATED: _8/13/07_

RICHARD H WEARE, CLERK  
U. S. DISTRICT COURT

BY _L. Daly_  
          DEPUTY CLERK

| USM 129 DATA |
|---|

Last USM129 Data Update REC'd on: 6:39 PM 08/16/2007            Save

USMS District: DISTRICT OF ARIZONA

I. IDENTIFICATION DATA

| USMS Number: 19435008 | Name: RASCON-VEGA, OSCAR | |
|---|---|---|
| Address: XX | | Phone: |
| DOB: 1964-10-14 | Age: 42y | POB: LA NORTENA, CH |
| SEX: M ...RACE: W ...HAIR: BLK ...EYE: BRO ...HEIGHT: 67 in ...WEIGHT: 150lb ||| 
| SSN: | FBI NBR: 631834DA0 | ALIEN NBR: A24938838 |

| ***SPECIAL HANDLING CODE | SPECIAL HANDLING REMARK |
|---|---|
| MED | 552-8/13/2007 |

| DETAINER DATE | ACTIVE | AGENCY | REMAR |
|---|---|---|---|
| 2007-08-13 | y | BUREAU OF IMMIG & CUSTOMS ENFORCEMT | |

| PRISONER ALIAS | ALIAS REMARK |
|---|---|
| | |

II. CASE INFORMATION

| Ctr | Arrest Date | Arresting Agency | Arrest Location | Warrant Number |
|---|---|---|---|---|
| 1 | 2007-08-10 | BORDER PATROL (USINS) | YUMA, AZ | |

| Ctr | Offense Code | Offense | Remark | Disposition |
|---|---|---|---|---|
| 1 | 0301 | ILLEGAL ENTRY | | GUILTY (PLEA) |

| Ctr | Sentence Date | Sentence | Appeal Date |
|---|---|---|---|
| 1 | 2007-08-13 | 00:06:00 MONTHS JAIL | |

| Ctr | Status | Court Case Number | Federal Court City | Judge | US Attorney | Defense Attorney |
|---|---|---|---|---|---|---|

| 1 | WT-DESIG | 07-10527M-SD | YUMA | IRWIN, JAY R. | , | ROCHA, JUAN |

### III. STATUS HISTORY

| Ctr | Status | Status Date | Custody Date | Release Date | Remark |
|---|---|---|---|---|---|
| 1 | WT-TRIAL | 2007-08-13 | 2007-08-13 | | |
| 1 | WT-J/C | 2007-08-13 | | | TF FCC FLORENCE |
| 1 | WT-DESIG | 2007-08-16 | | | E-DESIG SENT. |

### IV. CHRONOLOGICAL PRISONER HISTORY

| Code | Institution Name | Admit Date | Release Date | Days Boarded | Action or Dispositi |
|---|---|---|---|---|---|
| OFV | CENTRAL AZ DETN(CCA) | 2007-08-13 | | P3D | |

### V. MEDICAL CONDITION/TREATMENT HISTORY

| Date Service Provided | Vendor | Service Provided |
|---|---|---|

### GENERAL REMARKS

| GENERAL REMARKS |
|---|

This Document Represents the most recent USM129 Data.